# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD CARTER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DONNA M. MURRAY, Office Manager,** | : | |
| **ANDREW W. LUND, Regional Vice** | : | |
| **President, DENISE CLAY, TIMOTHY R.** | : | |
| **MORAGNE, JR., FANNIE COLLIER and** | : | |
| **HENRY BRISBON** | : | **NO. 21-3289** |

## ORDER

**NOW**, this 14th day of September, 2021, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) and his *pro se* Complaint, it is **ORDERED** as follows:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is deemed filed.

3. The complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff is **GRANTED LEAVE** to file an amended complaint if he does so within thirty (30) days of the date of this Order.

5. Upon the filing of an amended complaint, if any, the Clerk shall not make service unless directed by the Court to do so.

6. If plaintiff does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court within thirty (30) days of the date of this Order stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the Civil Action Number for this case.

7.      If plaintiff fails to file an amended complaint or a response to this Order, this action will be dismissed without prejudice.

/s/ TIMOTHY J. SAVAGE J.